JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mareine Plong et al., <br><br> Plaintiffs, <br><br> v. <br><br> Britney Fisher et al., <br><br> Defendants. | Case No. 2:22-cv-02939-VAP-(JPRx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the federal claims are DISMISSED WITH PREJUDICE.  Plaintiffs' state law claims are DISMISSED WITHOUT PREJUDICE to re-file in state court as the Court lacks diversity jurisdiction over this action.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   6/27/22

*Virginia A. Phillips* (signature)
Virginia A. Phillips
United States District Judge